SEALED



FELONY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-190 |
| v. | * | SECTION: SECT. L MAG. 3 |
| GERARD BROWN<br>  a/k/a "Twin" | * | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A) |
| PAUL THOMAS<br>  a/k/a "Paul Smith" | * | 21 U.S.C. § 846<br>18 U.S.C. § 922(g) |
| WAYNE BROWN<br>  a/k/a "Bop" | * | 18 U.S.C. § 924(a)(2)<br>21 U.S.C. § 841(b)(1)(B) |
| JAMAR ARMSTRONG<br>  a/k/a "Mal" | * | |
| EDGARDO RUIZ<br>  a/k/a "G" | * | |
| * * * | | |

The Grand Jury charges that:

## COUNT 1
(Conspiracy to Distribute and to Possess with the Intent to Distribute Heroin and Fentanyl)

Beginning at a date unknown but not later than January 2017, and continuing to on or about the date of this Indictment, in the Eastern District of Louisiana and elsewhere, the defendants, **GERARD BROWN, a/k/a "Twin," PAUL THOMAS, a/k/a "Paul Smith," WAYNE BROWN, a/k/a "Bop," JAMAR ARMSTRONG, a/k/a "Mal," and EDGARDO RUIZ, a/k/a**

"G," did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to distribute and to possess with the intent to distribute a kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, and four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N propanamide (fentanyl), a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Felon in Possession of a Firearm)

On or about May 19, 2017, in the Eastern District of Louisiana, the defendant, **PAUL THOMAS, a/k/a "Paul Smith,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on March 25, 2009, in case number 477-182 in the Criminal District Court for Orleans Parish, State of Louisiana, for attempted possession with the intent to distribute cocaine, in violation of La. R.S. 40:967(B)(1) and La. R.S. 40:979 under the alias Paul Smith, did knowingly possess firearms, to wit: a Glock 27, .40 caliber semi-automatic pistol bearing serial number BCTD019 and an American Tactical, .223 caliber AR-style semi-automatic pistol bearing serial number NS049906, and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
(Possession with the Intent to Distribute Fentanyl)

On or about August 29, 2019, in the Eastern District of Louisiana, the defendant, **GERARD BROWN, a/k/a "Twin,"** did knowingly and intentionally possess with the intent to distribute forty (40) grams or more of a mixture or substance containing a detectable amount of N-

phenyl-N propanamide (fentanyl), a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 4
(Felon in Possession of a Firearm)

On or about August 29, 2019, in the Eastern District of Louisiana, the defendant, **GERARD BROWN, a/k/a "Twin,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on July 11, 2013, in case number 12-5883 in the Twenty Fourth Judicial District Court, Parish of Jefferson, State of Louisiana, for four counts of possession of a firearm while in possession of a controlled dangerous substance, in violation of La. R.S. 14:95.E, did knowingly possess firearms, to wit: a Glock, 30 Gen4, .45 caliber semi-automatic pistol bearing serial number BFCW284, a Romarm/Cugir, Micro Draco, 7.62 x 39mm caliber semi-automatic pistol bearing serial number PMD-05333-18 RO, and a Kel Tec, PLR-16, 5.56mm caliber semi-automatic pistol bearing serial number PCJ41, and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about August 29, 2019, in the Eastern District of Louisiana, the defendant, **GERARD BROWN, a/k/a "Twin,"** did knowingly and intentionally possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with the intent to distribute fentanyl, as set forth in Count 3, which is incorporated herein; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 5 are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 and 3, the defendants, **GERARD BROWN**, a/k/a "Twin," **PAUL THOMAS**, a/k/a "Paul Smith," **WAYNE BROWN**, a/k/a "Bop," **JAMAR ARMSTRONG**, a/k/a "Mal," and **EDGARDO RUIZ**, a/k/a "G," shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offenses, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses, including but not limited to any firearm or ammunition described above and the following:

> $26,070 U.S. currency;
>
> 2018 Acura TLX, bearing VIN 19UUB2F64JA001247;
>
> 2013 Infinity JX35, bearing VIN 5N1AL0MN5DC318933.

3. As a result of the offenses alleged in Counts 1 through 5, the defendants, **GERARD BROWN**, a/k/a "Twin," **PAUL THOMAS**, a/k/a "Paul Smith," **WAYNE BROWN**, a/k/a "Bop," **JAMAR ARMSTRONG**, a/k/a "Mal," and **EDGARDO RUIZ**, a/k/a "G," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

4. If any of the above-described property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:

/FOREPERSON

PETER G. STRASSER
UNITED STATES ATTORNEY

DAVID HALLER
Assistant United States Attorney

New Orleans, Louisiana
September 12, 2019

5

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**GERARD BROWN**, a/k/a "Twin"
**PAUL THOMAS**, a/k/a "Paul Smith"
**WAYNE BROWN**, a/k/a "Bop"
**JAMAR ARMSTRONG**, a/k/a "Mal"
**EDGARDO RUIZ**, a/k/a "G"

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS: 21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846
18 U.S.C. § 922(g)
18 U.S.C. § 924(a)(2)
21 U.S.C. § 841(b)(1)(B)

_____
A true

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 2019.

_____
Clerk

Bail, $ _____

_____
DAVID HALLER
Assistant United States Attorney