PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA     Divisional Office

Name and Office of Person     **Ashley Guidry**
Furnishing Information on   ☒ U.S. Atty  ☐ Other U.S. Agency
THIS FORM              Phone No. (504) 680-3000

Name of Asst.     **David Haller**
U.S. Attorney
(if assigned)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA, TFO, Demond Lockhart

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP  20,  21  or  40.  Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

**SHOW
DOCKET NO.**

**MAG. JUDGE
CASE NO.**

Place of  Orleans and elsewhere    County
offense

CASE NO.

USA vs.

Defendant:  **Paul Thomas**

Address:  19-190  SECT. L MAG. 3

☐ Interpreter Required     Dialect: _____

Birth
Date  **1984**     ☑ Male     ☐ Alien
☐ Female    (if applicable)

Social Security Number     xxx-xx-5448

**DEFENDANT**

Issue:  ☑ Warrant    ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2        (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 U.S.C. § 841(a)(1), (b)(1)(A), 846 | Conspiracy to Distribute and to Possess with the Intent to Distribute Herion and Fentanyl | 1 |
| 4 | 18 U.S.C. § 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | 2 |
| | | | |
| | | | |
| | | | |